No. 175. GOVERNMENT OF GUAM *v.* HATCHETT. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. September 10, 1954. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Howard D. Porter,* Attorney General of Guam, and *Louis A. Otto, Jr.,* Deputy Attorney General, for petitioner.

No. 49, Misc. RUFFIN *v.* UNITED STATES ET AL. On motion for leave to file petition for writ of habeas corpus. September 10, 1954. Dismissed pursuant to Rule 60 of the Rules of this Court on motion of petitioner.

No. 161. A/S HAKEDAL *v.* KLOECKNER REEDEREI UND KOHLENHANDEL, G. M. B. H. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. September 17, 1954. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *James M. Estabrook* for petitioner. *William Garth Summers* for respondent.

No. 26. MEACHAM CORPORATION ET AL. *v.* UNITED STATES. Certiorari, 347 U. S. 932, to the United States Court of Appeals for the Fourth Circuit. September 28, 1954. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Thomas B. Gay* and *H. Merrill Pasco* for petitioners. *Solicitor General Sobeloff* for the United States.